# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2319
Lower Tribunal No. 2023-CF-000299

_____

KEVIN ONEAL GRAHAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Bruce Kyle, Judge.

July 21, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and PRATT, JJ., concur.


Blair Allen, Public Defender, and Nicholas Martino, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tayna Alexander, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED